Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
IN RE:                                            :
Fosamax Products Liability Litigation             :    1:06-md-1789 (JFK)
                                                  :
-----------------------------------------------------x
*This Document Relates to:*                       :    **NOTICE OF APPEARANCE**
Paul E. Swain, III, individually,                 :
as next of kin of and as representative           :
of the Estate of Priscilla M. Swain,              :
deceased                                          :
v. Merck & Co., Inc.                              :
                                                  :
Case No: 1:08-cv-1940-JFK                         :
-----------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: April 28, 2008
     New York, New York

Respectfully submitted,

By: _____/s/_____
    Paul F. Strain

    Venable LLP
    Two Hopkins Plaza
    1800 Mercantile Bank & Trust Bldg
    Baltimore, MD 21201
    (410)-244-7717
    Fax: (410)-244-7742
    Email: pfstrain@venable.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                                        /s/
                                    Paul F. Strain

                                  Venable LLP
                                  Two Hopkins Plaza
                                  1800 Mercantile Bank & Trust Bldg
                                  Baltimore, MD 21201
                                  (410)-244-7717
                                  Fax: (410)-244-7742
                                  Email: pfstrain@venable.com